In the Matter of HAWK TRAILER DRIVEAWAY SERVICE, INC., et al., Petitioners, v. BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission (Harvey Covell), Respondents.—

Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.